UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TRACY JON GRIFFIN, | ) |
| Plaintiff, | ) Case No. 1:14-cv-961 |
| v. | ) Honorable Phillip J. Green |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) **JUDGMENT** |
| Defendant. | ) |

Judgment is hereby entered in plaintiff's favor, the Commissioner's decision is REVERSED, and the matter REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Dated:  January 22, 2015          /s/  Phillip J. Green
                                  United States Magistrate Judge